# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4135
_____

CHRISTOPHER NATHANIEL
BROWN,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Emergency Petition for a Writ of Prohibition—Original
Jurisdiction.

June 22, 2018

PER CURIAM.

The petition is DENIED without prejudice to Petitioner's ability to raise the affirmative defense of self-defense at trial. *See Mederos v. State*, 102 So. 3d 7, 11 (Fla. 1st DCA 2012).

LEWIS, ROBERTS, and JAY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Candice K. Brower, Criminal Conflict & Civil Regional Counsel, and Patricia Kyser, Assistant Regional Counsel, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Steve Woods, Assistant Attorney General, Tallahassee, for Respondent.